**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

Orlando **GONZALEZ–AGUILAR**, also known as Roberto Figueroa–Figueroa, also known as Roberto Alcantana, also known as Orlando Gonzalez, Defendant–Appellant.

**No. 06–50379**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 9, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before BARKSDALE, DeMOSS, and PRADO, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

**PER CURIAM:** *

Appealing the Judgment in a Criminal Case, Orlando Gonzalez–Aguilar raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.